```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                       MACON DIVISION
```

DAWN H. COLE,                          *

     Plaintiff                       *

vs.                                    *
                                            CASE NO. 5:07-CV-247(CDL)
MICHAEL J. ASTRUE, Commissioner        *
of Social Security,
                                        *

     Defendant
                                        *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 10, 2008, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 25th day of August, 2008.

                                                   S//Clay D. Land
                                                     CLAY D. LAND
                                         UNITED STATES DISTRICT JUDGE